**Order filed, June 14, 2016.**



In The

# Fourteenth Court of Appeals
_____

### NO. 14-16-00073-CV
_____

**IN THE MATTER OF THE MARRIAGE OF FAYESHA JANEEN LOUISE JONES AND CHARLES DARNELL JONES, Appellant**

---

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 15-FD-2661**

---

## ORDER

The reporter's record in this case was due **April 20, 2016**. *See* Tex. R. App. P. 35.1. On **April 29, 2016**, this court ordered the court reporter to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Lynnette Erskine**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are

jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Lynnette Erskine** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM